cc: RLP

**ORIGINAL**

# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## District of Hawaii



Sharron Rancourt
Assistant Federal Defender
Sharron_Rancourt@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

Phone (808) 541-2521  ♦  Toll free (877) 541-2521  ♦  Facsimile (808) 541-3545

September 11, 2018

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2018

at 3 o'clock and 30 min. PM
SUE BEITIA, CLERK

The Honorable Richard L. Puglisi
United States Magistrate Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

MC18 00376 JMS KJM

Re: <u>Court Appointment for Joshua A. DeRego</u>

Your Honor:

    Joshua A. DeRego has contacted our office requesting that he be appointed counsel. Mr. DeRego has been subpoenaed as a witness by the grand jury for on **September 13, 2018.**

    Would you please submit his attached financial affidavit to the Court to see if he is eligible for appointed counsel. Our office cannot represent him due to a conflict of interest. Therefore, a panel attorney should be appointed as soon as possible to represent Mr. DeRego. Please have the appointed attorney call us for his contact information.

Sincerely,

Hermi Hunt
Legal Assistant to
SHARRON RANCOURT
Assistant Federal Defender
District of Hawaii

Attachment